UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL CROSSING BANDWIDTH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PNG TELECOMMUNICATIONS, INC., ) <br> ) <br> Defendant. ) | Case No. 6:06-CV-06415 <br><br> Hon. Michael A. Telesca <br><br> **ORDER** |

**WHEREAS**, Defendant PNG Telecommunications, Inc. ("Defendant") having moved this Court by Notice of Application dated October 10, 2006, for an order waiving the local counsel requirement and granting Defendant leave to proceed in this action without local counsel;

**NOW**, upon reading the Declaration of Maria P. Vitullo, executed on October 10, 2006; it is hereby

**ORDERED,** for good cause shown that Defendant's application be, and the same hereby is, **GRANTED**, and that the requirement of local counsel pursuant to Local Rule 83.2 is hereby waived and Defendant may proceed in this action without local counsel.

   **IT IS SO ORDERED.**

Dated: October 13, 2006

Rochester, New York                                          s/ Michael A. Telesca
                                                             Michael A. Telesca
                                                             United States District Judge

W0804835.1