January 2, 2007

| | |
|---|---|
| Honorable Michael A. Telesca<br>United States District Court<br>Western District of New York<br>United States Courthouse<br>100 State Street<br>Rochester, New York  14614 | **VIA EMAIL** |

Re:   *Global Crossing Bandwidth v. PNG Telecommunications, Inc.*

   *Case No. 6:06-CV-06415*

Dear Judge Telesca:

   As you know, I am counsel for Global Crossing in the above-captioned matter.  Global Crossing has filed a Motion for Summary Judgment., to which PNG Telecommunications responded on December 20, 2006.  Global Crossing's reply brief is due on or about January 3, 2007.  Global Crossing has requested a one-week extension to file its reply brief (to January 10th), to which PNG has agreed.  This agreement is memorialized in this correspondence.

   If the foregoing extension meets with the court's approval, we would appreciate it if you would "so order" this letter.  Of course, feel free to contact me if you have any questions or concerns.

Very truly yours,

**Jaffe, Raitt, Heuer & Weiss**
Professional Corporation

Eric A. Linden

EAL/sr
cc:   Russell S. Sayre (via facsimile)
      Michael J. Shortley, III (via facsimile)

SO ORDERED:

   S/ MICHAEL A.  TELESCA
Hon. Michael A. Telesca, U.S.D.J.

Dated: January 3,2007