UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GLOBAL CROSSING BANDWIDTH

                              Plaintiff(s)

  -vs-                                      06-Cv-6415T

PNG TELECOMMUNICATIONS, INC.

                              Defendant(s)
_____

       Russell S. Sayre, Esq. and Julia B. Meister, Esq. have submitted to the Court evidence that they are presently members in good standing of the Bar of Ohio and various federal courts and have requested to be admitted to practice before this Court with respect to the above-captioned matter. Upon due consideration, and pursuant to Local Rule 83.1(i), the requests of Russell S. Sayre, Esq. and Julia B. Meister, Esq. is granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

       Wherefore, upon receipt of the $75.00 admission fee, Russell S. Sayre, Esq. and Julia B. Meister, Esq. will be admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned matter.

       ALL OF THE ABOVE IS SO ORDERED.

                                                S/ MICHAEL A. TELESCA
                                                MICHAEL A. TELESCA
                                                United States District Judge

Dated:  Rochester, New York
       January 8, 2007